JS-6

1   ILYA A. KOSTEN (SBN 173663)
    RICHARD D. BREMER (SBN 199019)
2   SELMAN BREITMAN LLP
    11766 Wilshire Boulevard, Sixth Floor
3   Los Angeles, CA  90025
    Telephone: (310) 445-0800
4   Facsimile: (310) 473-2525
    Email:  ikosten@selmanbreitman.com
5
    Attorneys for Plaintiff
6   WAUSAU UNDERWRITERS
    INSURANCE COMPANY
7

8

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11  LIBERTY MUTUAL INSURANCE          CASE NO. CV13-02522RSWL(VBKx)
    COMPANY,
12                                    Hon. Ronald S.W. Lew
13          Plaintiff,
                                      **ORDER ON STIPULATION FOR
14      v.                            DISMISSAL WITHOUT PREJUDICE
                                      AND STIPULATION FOR ENTRY OF
15                                    JUDGMENT IN THE EVENT OF
    ASSOCIATION FOR RETARDED          DEFENDANT'S DEFAULT ON
16  CITIZENS MID-CITIES, INC.         SETTLEMENT AGREEMENT**
    AND DOES 1-10
17
18          Defendants.
19

20

21

22

23  ///

24  ///

25  ///

26  ///

27

28
                              -1-
    _____
    ORDER ON STIPULATION FOR DISMISSAL WITHOUT
    PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT

568908.1  1115.34414

1

## ORDER

2

3        The Court, having reviewed and considered the

4    stipulation of Plaintiff Wausau Underwriters Insurance

5    Company and Defendant P.A.C. Construction Services, Inc.

6    ("PAC") for dismissal without prejudice and for judgment in

7    the event defendant PAC defaults under the settlement

8    agreement, hereby orders that the stipulation is approved.

9

10   DATED: 7/8/2013    RONALD S.W. LEW
     _____
11   HON. RONALD S.W. LEW
     Senior U.S. District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

ORDER ON STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT

Selman Breitman LLP
ATTORNEYS AT LAW

568908.1  1115.34414