JS-6

ILYA A. KOSTEN (SBN 173663)
RICHARD D. BREMER (SBN 199019)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email: ikosten@selmanbreitman.com

Attorneys for Plaintiff
WAUSAU UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATION FOR RETARDED CITIZENS MID-CITIES, INC. AND DOES 1-10<br><br>　　　　Defendants. | CASE NO. CV13-02522RSWL(VBKx)<br><br>Hon. Ronald S.W. Lew<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANT'S DEFAULT ON SETTLEMENT AGREEMENT** |
|---|---|

///

///

///

-1-

ORDER ON STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT

**ORDER**

The Court, having reviewed and considered the stipulation of Plaintiff Wausau Underwriters Insurance Company and Defendant P.A.C. Construction Services, Inc. ("PAC") for dismissal without prejudice and for judgment in the event defendant PAC defaults under the settlement agreement, hereby orders that the stipulation is approved.

DATED: 7/8/2013

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior U.S. District Judge